IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES R. JOHNSON, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE No. 1:22-cv-04139-ELR |
| MARK CHEN and PARAMOUNT COFFEE AND BOOK, INC., | ) |
|     Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MARK CHEN**

COMES NOW, James R. Johnson, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice as to Defendant Mark Chen only. Plaintiff hereby requests that the instant matter be dismissed with prejudice as to said Defendant, and without an award of fees or costs to either party. Plaintiff's claims against Defendant Paramount Coffee and Book, Inc. remain pending before the Court.

    Dated: January 23, 2023.

    Respectfully submitted,

    /s/Craig J. Ehrlich
    Craig J. Ehrlich

1

Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice as to Defendant DEF1 Only using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will be served via electronic mail to the following:

Mark Chen
c/o W. Charles Ross, Esq.
Powell & Edwards
P.O. Box 1390
Lawrenceville, Georgia, 30046
cross@powelledwards.com

Paramount Coffee and Book, Inc.
c/o Tsina Yilma
2245 Idlewood Road
Tucker, Georgia 30084
tsinayilma@yahoo.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared

2

in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich  
Craig J. Ehrlich