IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES R. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:22-cv-04139-ELR |
| PARAMOUNT COFFEE AND ) | |
| BOOK, INC., ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, JAMES R. JOHNSON, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal Without Prejudice as to Defendant Paramount Coffee and Book, Inc. Plaintiff hereby requests that the instant matter be dismissed without prejudice as to Paramount Coffee and Book, Inc., and without an award of fees or costs awarded to either Plaintiff or said Defendant. All Defendants named in Plaintiff's original Complaint [Doc. 1] having now been dismissed from the instant matter, Plaintiff further requests that the Court direct the Clerk to terminate this case in its entirety.

Dated: January 27, 2023.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2023, I filed the within and foregoing Notice of Voluntary Dismissal Without Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

W. Charles Ross, Esq.
Powell & Edwards
P.O. Box 1390
Lawrenceville, Georgia, 30046
cross@powelledwards.com

Further, a true and correct copy of the foregoing was also served upon the following party via electronic mail:

Paramount Coffee and Book, Inc.
c/o Tsina Yilma
2245 Idlewood Road
Tucker, Georgia 30084
tsinayilma@yahoo.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich